1   Plaintiff's Counsel:
    Jayne Conroy
2   Hanly Conroy Bierstein Sheridan
        Fisher & Hayes LLP
3   112 Madison Avenue
    New York New York  10016-7416
4   (212) 784-6400
    (212) 284-6420 (fax)
5
    -and-
6
    SimmonsCooper LLC
7   707 Berkshire Blvd.
    East Alton, IL  62024
8   (618) 259-2222
    (212) 259-2251 (Fax)
9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14

15   IN RE:  BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
     MARKETING SALES PRACTICES,
16   AND PRODUCT LIABILITY                MDL NO. 1699
     LITIGATION
17                                        **STIPULATION AND ORDER OF DISMISSAL
     This Document Relates To:           WITH PREJUDICE**
18
     *Ausie and Elizabeth Clement, et. al., vs.*
19   *Pfizer, Inc...*
     *MDL No. 06-2545:* Plaintiff Mary Ann
20   Statum

21          Come now the Plaintiffs, Mary Ann Statum, and Defendant, Pfizer Inc., by and through

22   the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

23

24

25

26

27

28

1   stipulate to the dismissal with prejudice of Plaintiffs, **Mary Ann Statum's** action only, with each

2   side bearing its own attorneys' fees and costs.

3

4

5

6   Dated: _____, 2009          By:_____

                                            Jayne Conroy

7                                           **HANLY CONROY BIERSTEIN**
                                            **SHERIDAN FISHER & HAYES LLP**

8                                           112 Madison Avenue
                                            New York, New York  10016-7416

9                                           (212) 784-6400
                                            (212) 784-6420 (Fax)

10                                          Email: jconroy@hanlyconroy.com

11                              -and-

12                                          **SIMMONSCOOPER LLC**
                                            707 Berkshire Blvd.

13                                          East Alton, IL  62024
                                            (618) 259-2222

14                                          (618) 259-2251 (Fax)

15                                          *Counsel for Plaintiff.*

16

17

18  Dated: _____ March 11 , 2009        By:_____

                                            Michelle W. Sadowsky

19                                          **DLA PIPER US LLP**
                                            1251 Avenue of the Americas

20                                          New York, New York  10020-1104
                                            (212) 335-4625

21                                          (212) 884-8675 (Fax)

22                                          *Counsel for Defendant Pfizer, Inc.*

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

24  **IT IS SO ORDERED.**

25

26  Dated: _____ March 30 , 2009        By:_____

                                            United States District Court

27

28

- 2 -                    STIPULATION OF DISMISSAL WITH PREJUDICE